UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DIANA BURKINDINE

    Plaintiff,

V.                                      CIVIL ACTION NO
                                      1:08-cv-00266-WMN

ARROW FINANCIAL SERVICES, LLC

Defendant.                                MAY 20, 2008

## STIPULATION FOR DISMISSAL

The plaintiff through her attorney Bernard T. Kennedy, stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

                                                  THE PLAINTIFF

                                            BY/S/Bernard T. Kennedy
                                              Bernard T. Kennedy, Esquire
                                              207 Miles River Court
                                              Odenton, MD 21113
                                              Ph   (410) 305-4000
                                              Fax (410) 305-4005
                                              Fed. Bar # Md26843
                                              bernardtkennedy@yahoo.com

## **CERTIFICATION**

I hereby certify that on 5/20/08 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


BY/S/Bernard T. Kennedy